65 So.3d 585 (2011)
David M. WILKERSON, Appellant,
v.
STATE of Florida, Appellee.
Nos. 5D10-4432, 5D10-4433.
District Court of Appeal of Florida, Fifth District.
July 12, 2011.
*586 Marcia J. Silvers, of Marcia J. Silvers, P.A., Miami, for Appellant.
Pamela Jo Bondi, Attorney General, Tallahassee, and Megan Saillant, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Verity v. State, 56 So.3d 77 (Fla.2d DCA 2011).
GRIFFIN, LAWSON and EVANDER, JJ., concur.